■
**Kevin Dornall HENDERSON,
Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 59148.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 28, 1991.

Kathleen G. Green, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion.

Movant pled guilty to two counts of selling cocaine and one count of possession of phencyclidine. Pursuant to a plea agreement, he received concurrent sentences of 10, 10, and 7 years.

In his Rule 24.035 motion, movant alleges he received ineffective assistance of counsel. His allegations are refuted by the statements he made at the time he entered his pleas of guilty.

An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).

■
**Reginald WHITE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 59368.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 28, 1991.

J. Gregory Mermelstein, Columbia, for appellant.

William L. Webster, Atty. Gen., Andrea K. Spillars, Millie Aulbur, Asst. Attys. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

This appeal results from the dismissal of appellant's, Reginald White's, motion for post conviction relief under Rule 24.035. Appellant sought to vacate his convictions resulting from guilty pleas to one count of burglary in the first degree, RSMo § 569.-160 (1986), and one count of rape, RSMo § 566.030 (1986), due to ineffectiveness of counsel. Appellant's motion was dismissed on grounds of untimeliness and lack of verification. We fail to find that the trial court was clearly erroneous in their dismissal of appellant's claim and therefore affirm the judgment. *Day v. State*, 770 S.W.2d 692, 695 (Mo. banc 1989).

We have also determined that an extended opinion would have no precedential value and affirm the judgment pursuant to Rule 84.16(b). Both parties have been furnished with a supplemental memorandum, solely for their own information, stating the reasons for this order.